

# G^Plus Communications

**G+ Communications LLC**
101 E. Park Blvd
Suite 600
Plano, TX 75074
jpitcock@gpluscommunications.com
www.gpluscommunications.com

<u>*Via Email and Certified Mail*</u>

September 8, 2021

Hye Jin Kim
Samsung Electronics Co., Ltd.
IP Center
129 Samseong-ro, Taejang-dong
Yeongtong-gu, Suwon, Gyeonggi-do, South Korea
Email: hyejin1214.kim@samsung.com

Dear Hye Jin Kim,

G+ Communications LLC ("G+") is the owner of all rights, title, and interest in several patents originally show/hideassigned to ZTE Corporation, one of the leading contributors to the 5G standard. G+'s patent portfolio contains worldwide patent assets including patents in multiple jurisdictions as part of a family of standard essential patents ("SEPs").

Below is a list of G+'s patents that have been declared essential (as that term is defined by ETSI) to practicing the 3GPP LTE Standard ("G+ 5G Essential Patents"):

| Pat./Pub. No. | Title | 3GPP LTE Standard | ISDL Number | Corresponding Patents |
|---|---|---|---|---|
| U.S. 8,582,605 | Method and Device for Mapping the Initial Location of Downlink Pilot | LTE1063\|5G<br><br>TS 36.211<br>(Release 11, 16) | ISDL-201011-019 \| ISDL-201910-019 | BRPI0821863<br>HK1145571<br>EP2249490<br>CA2713900<br>RU2466499<br>JP5309383<br>CN101227232 |

| | | | | |
|---|---|---|---|---|
| Unlink U.S. 8,989,109 | Pre-Coding Method and Apparatus Based on Mixed Multiplexing Demodulation Reference Signals | Release 14, 15, 16<br><br>TS 36.213<br>TS 38.211<br>TS 38.212<br>TS 38.213<br>TS 38.214<br>TS 38.912 | ISDL-201910-058 | RU2527930<br>EP2536231<br>JP5693614<br>KR101472398<br>CN102158319<br>MX2012009255 |
| U.S. 9,859,960<br>U.S. 10,250,305 | Method and System for Indicating Transmission Parameter | Release 15, 16<br><br>TS 36.212<br>TS 36.213<br>TS 38.211<br>TS 38.331<br>TS 38.212<br>TS 38.213<br>TS 38.214 | ISDL-201910-019 | EP2503825<br>RU2530304<br>JP5513675<br>KR101418807<br>CN101834629<br>BR112012017102 |
| U.S. 8,903,005 | Method for Sending Channel Information, and a Terminal, a Base Station, and an LTE-A System | Release 8 to 16<br>TS 36.213<br>TS 38.211<br>TS 38.331<br>TS 38.212<br>TS 38.214 | ISDL-201910-047 | RU2589299<br>EP2608440<br>JP5883867<br>KR101803122<br>CN102013953<br>MX2013001781<br>BR112013002947 |
| U.S. 9,184,881 | Method for Feeding Back Confirmation Information on a Physical Uplink Shared Channel | Release 15, 16<br><br>TS 36.213<br>TS 38.211<br>TS 38.331<br>TS 38.212<br>TS 38.213<br>TS 38.214 | ISDL-201910-019 | EP2271163<br>EP3358771<br>CN101267284 |
| U.S. 10,594,443 | A Transmitting Method, Receiving Method and Nodes for HARQ Information | Release 15, 16<br><br>TS 36.212<br>TS 36.302<br>TS 38.331<br>TS 38.211<br>TS 38.212<br>TS 38.213<br>TS 38.214 | ISDL-201809-194 | EP3327968<br>CN106385309 |
| U.S. 9,398,581 | Method and Device for Transmitting Downlink Control Information | Release 8 to 15<br>TS 36.331<br>TS 36.214<br>TS 36.211<br>TS 36.212<br>TS 36.213 | ISDL-201911-005 | EP2804433<br>CN103199974 |
| U.S. 8,693,415 | Method and Apparatus for Sending Rank Indication Information, Receiving | LTE1063|5G<br><br>TS 36.213<br>TS 36.212<br>TS 36.211<br>TS 38.212 | ISDL-201011-019 | ISDL-201810-016 | ISDL-201910-019 | EP2273817<br>CN101330307<br>JP2011520397 |

| | Method and Apparatus Thereof | TS 38.213 | | |
|---|---|---|---|---|
| U.S. 10,736,130 | Method and Device for Uplink Control Signal Transmission User Terminal, and Storage Medium | 5G<br><br>TS 36.211 (Release 13) | ISDL-201809-273 | CN107295665 |
| U.S. 8,761,776 | Cell Reselection Method and Terminal | Release 9 to 16<br><br>TS 36.304<br>TS 36.331<br>TS 38.133<br>TS 38.304<br>TS 38.331<br>TS 45.008 | ISDL-201910-019 | RU2476011<br>JP5912528 |
| CN101540658 | Downlink Precoding Indicating Method | LTE1063\|5G | ISDL-201507-036 \| ISDL-201911-035 | |
| U.S. 8,649,349 | Method and System for Reporting Power Headroom Report (PHR) in Carrier Aggregation Scheme | Release 15, 16<br><br>TS 36.213<br>TS 36.321<br>TS 38.321<br>TS 38.331<br>TS 38.213 | ISDL-201910-058 | EP2472942<br>CN102316569 |
| U.S. 10,448,430 | Random Access Method, Device, and System | Release 15, 16<br><br>TS 38.211<br>TS 38.212<br>TS 38.213<br>TS 38.214<br>TS 38.300<br>TS 38.321<br>TS 38.331 | ISDL-201809-194 | EP3316651<br>CN106304392 |
| U.S. 2017/0265223 | Access Method and Apparatus for User Equipment | 5G | ISDL-201809-245 | EP3193556<br>CN105472761 |
| U.S. 2019/0045426 | Resource Allocation Method and Apparatus for System Access | 5G | ISDL-201809-269 | EP3419375<br>CN107105504 |

Products of Samsung Co., Ltd. and its affiliates ("Samsung") infringe one or more claims of the G+ 5G Essential Patents and thus require a license ("Samsung 5G-Enabled Products"). The Samsung 5G-Enabled

Products include, but are not limited to, the Galaxy Note20 5G, Galaxy S20 FE 5G, Galaxy S21 5G, Galaxy A Series 5G, and Galaxy Z Fold2 5G devices (all of these products are offered and sold on a worldwide basis, including for example in the US, China, Europe and Brazil).  Included with this letter are evidence of use charts on the following U.S. Patents: 8,761,776B2; 9,859,960B2; 8,582,605B2; 8,903,005B2; 10,448,430B2; and 9,184,881B2. These charts are not exhaustive and G+ has issued patents around the world, including in China, Europe (with patents in Germany, for example) and Brazil. G+ is constantly expanding its patent portfolio therefore the listing above may not complete.

G+, in conformance with ETSI's IPR Policy, is prepared to grant Samsung an irrevocable non-exclusive license to G+ 5G Essential Patents on terms that are Fair, Reasonable, and Non-Discriminatory ("FRAND"). We appreciate your time in evaluating this opportunity and look forward to your response no later than thirty days from receipt of this letter.

Best regards,

_____
Jeremy Pitcock
Manager
G+ Communications LLC