

# G <sup>Plus</sup> Communications

G+ Communications LLC
101 E. Park Blvd
Suite 600
Plano, TX 75074
jpitcock@gpluscommunications.com
www.gpluscommunications.com

<u>*Via Email and Certified Mail*</u>

February 8, 2022

Hye Jin Kim
Samsung Electronics Co., Ltd.
IP Center
129 Samseong-ro, Taejang-dong
Yeongtong-gu, Suwon, Gyeonggi-do, South Korea
Email: hyejin1214.kim@samsung.com

Dear Hye Jin Kim,

    G+ Communications, LLC ("G+") hereby encloses additional charts mapping three U.S. patents to the 5G standard to assist Samsung in evaluating our license offer.

    Best regards,

*[signature]*

Jeremy Pitcock
Manager
G+ Communications LLC