---------- Forwarded message ---------
From: 김혜진 <hyejin1214.kim@samsung.com>
Date: Thu, May 12, 2022, 9:10 PM
Subject: FW: RE: Additional G+ Charts
To: jpitcock@gpluscommunications.com <jpitcock@gpluscommunications.com>
Cc: 전대진 <daejin.jeon@samsung.com>, 김혜진 <hyejin1214.kim@samsung.com>


Dear Jeremy,

This is a follow-up email to our continued communications on the licensing matter.

As you might understand, Samsung remains willing to take a license on your patent portfolio on FRAND terms and will negotiate a FRAND license in good faith.

We believe the offer you made in January 27, 2022 email is NOT FRAND and some factors used to calculate the offer are ambiguous to us.

To have effective discussion, we think it is important that both parties sign the NDA first to protect each party's confidential information per the usual practice for FRAND negotiation.

To be clear, while we remain willing to license on FRAND terms even should G+ be unwilling to enter into an NEA, we will be unable to share confidential information that would assist both parties in establishing those terms, substantially impeding the negotiation. Accordingly, please reconsider entering into an NDA.

If you provide a revised version of the draft NDA to us, we will be happy to review it.


We look forward to your response.


Best Regards,

Hye Jin


--------- **Original Message** ---------

Sender : HYE JIN KIM <hyejin1214.kim@samsung.com> 라이센싱1그룹(IP)/삼성전자

Date : 2022-02-14 14:11 (GMT+09:00)

Title : RE: Additional G+ Charts

Dear Jeremy,

I am writing this email to acknowledge the receipt of your letter dated Feb. 8, 2022.

I also received a hard copy of the letter dated Jan. 20, 2022.

In my opinion, email communication is sufficient between Samsung and G+ Communications.

I would like to kindly ask you not to send hard copies for future communications, unless it is needed.

Best,

Hye Jin

**Error! Filename not specified.**

--------- **Original Message** ---------

Sender : Jeremy Pitcock <jpitcock@gpluscommunications.com>

Date : 2022-02-09 00:52 (GMT+9)

Title : Additional G+ Charts

Dear Hye Jin Kim,

Please find attached a cover letter and three additional charts of our U.S. patents against the 5G standard to assist you with your review.

I would appreciate it if you would acknowledge receipt of this email. A hard copy will follow.

Best regards,

Jeremy



