# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| G+ COMMUNICATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00078-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD.; | § | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS AMERICA, INC.; | § | |
| | § | |
| Defendants. | § | |

## JOINT NOTICE OF MEDIATION

Plaintiff G+ Communications, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. hereby notify the Court that the parties have met and conferred and agree that the present case should be referred for mediation. The parties further agree upon the Honorable David Folsom as the Mediator in this matter. The Honorable David Folsom's information is as follows:

Folsom ADR PLLC
6002-B Summerfield Drive
Texarkana, TX 75503
Telephone: (903) 277-7303
Email: david@folsomadr.com

Dated: July 27, 2023

Respectfully Submitted,

| | |
|---|---|
| *s/ Ralph A. Phillips* | *s/ Bradley D. Liddle* |
| Ruffin B. Cordell | Scott W. Breedlove |
| TX Bar No. 04820550 | Texas State Bar No. 00790361 |
| cordell@fr.com | Joshua J. Bennett |
| Michael J. McKeon | Texas State Bar No. 24059444 |
| DC Bar No. 459780 | Bradley D. Liddle |
| mckeon@fr.com | Texas State Bar No. 24074599 |
| Ralph A. Phillips | Theresa M. Dawson |
| DC Bar No. 475571 | Texas State Bar No. 24065128 |
| rphillips@fr.com | Michael Pomeroy |
| Linhong Zhang | Texas State Bar No. 24098952 |
| DC Bar No. 982341 | **CARTER ARNETT PLLC** |
| lwzhang@fr.com | 8150 N. Central Expressway |
| Kenton W. Freeman, Jr. | 5th Floor |
| DC Bar No. 1671507 | Dallas, Texas 75206 |
| will.freeman@fr.com | Telephone No. (214) 550-8188 |
| Sun Young Park | Facsimile No. (214) 550-8185 |
| NY Bar No. 5412739 | |
| apark@fr.com | **IRELL & MANELLA LLP** |
| Julianne Campbell | Jason Sheasby (CA #205455) |
| DC Bar No. 1766159 | 1800 Avenue of the Stars, Suite 900 |
| jcampbell@fr.com | Los Angeles, CA 90067 |
| **FISH & RICHARDSON P.C.** | Tel. (310) 277-1010 |
| 1000 Maine Avenue, SW, Suite 1000 | Fax (310) 203-7199 |
| Washington, DC 20024 | |
| Tel: (202) 783-5070 | **ATTORNEYS FOR PLAINTIFF** |
| Fax: (202) 783-2331 | **G+ COMMUNICATIONS, LLC** |

Leonard Davis
Texas Bar No. 05521600
ldavis@fr.com
Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
Texas Bar No. 24103958
talebi@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 78766
Tel: (214) 747-5070
Fax: (214) 747-2091

John Thornburgh
CA Bar No. 154627
thornburgh@fr.com
Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070

Melissa R. Smith
TX Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257


**COUNSEL FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA,
INC**.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 27th day of July, 2023.

/s/ Ralph A. Phillips
Ralph A. Phillips
