IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| G+ COMMUNICATIONS, LLC | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:22-CV-00078-JRG |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC. | § | |

MINUTES FOR JURY TRIAL DAY NO. 2
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
January 22, 2024

**OPEN:** 08:26 AM                                                                 **ADJOURN:** 06:01 PM

ATTORNEYS FOR PLAINTIFF:           See attached

ATTORNEYS FOR DEFENDANTS:     See attached

LAW CLERKS:                                    Jeffrey Jacobsen
                                                         Christian Tatum
                                                         Dallas Jackson

COURT REPORTER:                        Shawn McRoberts, RMR, CRR

COURTROOM DEPUTY:                 Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 08:26 AM | Court opened. |
| 08:26 AM | Exhibits used last Friday read into the record. |
| 08:28 AM | Jury entered the courtroom. |
| 08:28 AM | Continuation Plaintiff's case-in-chief: |
| 08:28 AM | Cross examination of Mr. Jeremy Pitcock by Ms. Smith. |
| 08:34 AM | Bench conference. |
| 08:36 AM | Bench conference concluded. |
| 08:36 AM | Continuation cross examination of Mr. Jeremy Pitcock by Ms. Smith. |
| 08:46 AM | Bench conference. |
| 08:47 AM | Bench conference concluded. |
| 08:47 AM | Continuation cross examination of Mr. Jeremy Pitcock by Ms. Smith. |
| 09:30 AM | Bench conference. |
| 09:05 AM | Bench conference concluded. |
| 09:06 AM | Continuation cross examination of Mr. Jeremy Pitcock by Ms. Smith. |
| 09:28 AM | **Courtroom sealed.** |

| TIME | MINUTE ENTRY |
|---|---|
| 09:29 AM | Continuation cross examination of Mr. Jeremy Pitcock by Ms. Smith. |
| 09:44 AM | Bench conference. |
| 09:47 AM | Bench conference concluded. |
| 09:47 AM | Continuation cross examination of Mr. Jeremy Pitcock by Ms. Smith. |
| 10:11 AM | Bench conference. |
| 10:11 AM | Bench conference concluded. |
| 10:12 AM | **Courtroom unsealed.** |
| 10:12 AM | Jury recessed for break. |
| 10:13 AM | Recess. |
| 10:41 AM | Court reconvened. |
| 10:41 AM | Court confirmed on the record the recent filing of Dkt Nos. 572 and 573 and GRANTED both motions. |
| 10:42 AM | Issue raised by Mr. Sheasby on behalf of Plaintiff and addressed by the Court as set forth in the record. |
| 10:43 AM | On behalf of Defendants, Mr. Cordell provided additional commentary and the Court addressed same as set forth in the record. |
| 10:44 AM | Jury returned to courtroom. |
| 10:45 AM | **Courtroom sealed.** |
| 10:47 AM | Court gave a specific instruction to the Jury. |
| 10:48 AM | Continuation cross examination of Mr. Jeremy Pitcock by Ms. Smith. |
| 11:05 AM | Bench conference. |
| 11:06 AM | Bench conference concluded. |
| 11:06 AM | Continuation cross examination of Mr. Jeremy Pitcock by Ms. Smith. |
| 11:37 AM | Bench conference. |
| 11:38 AM | Bench conference concluded. |
| 11:38 AM | Continuation cross examination of Mr. Jeremy Pitcock by Ms. Smith. |
| 11:41 AM | Bench conference. |
| 11:43 AM | Bench conference concluded. |
| 11:43 AM | Continuation cross examination of Mr. Jeremy Pitcock by Ms. Smith. |
| 11:44 AM | Bench conference. |
| 11:52 AM | Bench conference concluded. |
| 11:52 AM | Continuation cross examination of Mr. Jeremy Pitcock by Ms. Smith. |
| 11:54 AM | **Courtroom unsealed.** |
| 11:54 AM | Jury recessed for lunch break. |
| 11:55 AM | Recess. |
| 12:48 PM | Court reconvened. |
| 12:49 PM | Jury returned to courtroom. |
| 12:49 PM | Redirect examination of Mr. Jeremy Pitcock by Mr. Sheasby. |
| 01:13 PM | Bench conference |
| 01:14 PM | Bench conference concluded. |
| 01:14 PM | Recross examination of Mr. Jeremy Pitcock by Ms. Smith. |
| 01:20 PM | Bench conference. |
| 01:21 PM | Bench conference concluded. |
| 01:21 PM | Continuation recross examination of Mr. Jeremy Pitcock by Ms. Smith. |
| 01:22 PM | Completion of testimony of Mr. Jeremy Pitcock. |

| TIME | MINUTE ENTRY |
|---|---|
| 01:23 PM | Witness sworn. |
| 01:24 PM | Direct examination of Dr. Robert Akl by Mr. Manzin-Monnin. |
| 01:42 PM | **Courtroom sealed.** |
| 01:45 PM | Continuation direct examination of Dr. Robert Akl by Mr. Manzin-Monnin. |
| 01:55 PM | Bench conference. |
| 01:55 PM | Bench conference concluded. |
| 01:56 PM | Off the record. |
| 01:56 PM | On the record. |
| 01:56 PM | Continuation direct examination of Dr. Robert Akl by Mr. Manzin-Monnin. |
| 02:09 PM | Objection made by Mr. Cordell on behalf of Defendants. |
| 02:09 PM | Jury returned to jury room. |
| 02:10 PM | Court heard argument outside presence of the Jury. |
| 02:19 PM | Court made rulings as set forth in the record. |
| 02:19 PM | Jury returned to courtroom. |
| 02:20 PM | Continuation direct examination of Dr. Robert Akl by Mr. Manzin-Monnin. |
| 02:32 PM | Court to take up a matter outside the presence of the jury. |
| 02:34 PM | Jury returned to courtroom. |
| 02:35 PM | Continuation direct examination of Dr. Robert Akl by Mr. Manzin-Monnin. |
| 03:16 PM | Jury recessed for break. |
| 03:17 PM | **Courtroom unsealed.** |
| 03:17 PM | Recess. |
| 03:31 PM | Court reconvened. |
| 03:32 PM | Jury returned to courtroom. |
| 03:32 PM | **Courtroom sealed.** |
| 03:33 PM | Continuation direct examination of Dr. Robert Akl by Mr. Manzin-Monnin. |
| 04:11 PM | **Courtroom unsealed.** |
| 04:13 PM | Cross examination of Dr. Robert Akl by Mr. Cordell. |
| 04:14 PM | Bench conference. |
| 04:15 PM | Bench conference concluded. |
| 04:15 PM | Continuation cross examination of Dr. Robert Akl by Mr. Cordell. |
| 04:34 PM | **Courtroom sealed.** |
| 04:35 PM | Continuation cross examination of Dr. Robert Akl by Mr. Cordell. |
| 05:01 PM | Bench conference. |
| 05:03 PM | Bench conference concluded. |
| 05:03 PM | Continuation cross examination of Dr. Robert Akl by Mr. Cordell. |
| 05:35 PM | Redirect examination of Dr. Robert Akl by Mr. Manzin-Monnin. |
| 05:54 PM | Bench conference. |
| 05:54 PM | Bench conference concluded. |
| 05:55 PM | Continuation redirect examination of Dr. Robert Akl by Mr. Manzin-Monnin. |
| 05:56 PM | Completion of testimony of Dr. Robert Akl. |
| 05:56 PM | **Courtroom unsealed.** |
| 05:56 PM | Court provided instructions to the Jury. |
| 05:57 PM | Jury recessed until 8:30 AM tomorrow morning. |
| 05:59 PM | Court reminded the parties of their meet and confer obligations.  Court will be in chambers by 7:30 AM tomorrow morning to take up any unresolved disputes. |

| TIME | MINUTE ENTRY |
|---|---|
| 06:01 PM | Court adjourned. |