

**2:22-cv-00078-JRG**
**G+ Communications LLC v Samsung Electronics Co Ltd et al**
**January 22, 2024 at 8:30 AM**
**Trial -- Day 2**

## PLEASE PRINT CLEARLY:

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason Sheasby | G+ |
| Lisa Glasser | |
| Jennifer Truelove | |
| Sam Baxter | |
| Benjamin Manzin Morris | |
| Ruffin Cordell | Samsung |
| Melissa Smith | |
| Leonard Davis | |
| Mike McKeon | |

## IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Jeremy Pitcock | G+ |