## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| G+ COMMUNICATIONS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants.* | Civil Action No. 2:22-CV-78-JRG <br><br> **JURY TRIAL DEMANDED** |

## JOINT NOTICE OF UPDATED JURY INSTRUCTIONS

Plaintiff G+ Communications LLC ("G+" or "Plaintiff") and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (Collectively "Defendants" or "Samsung") respectfully provide notice of preliminary jury instructions for the April 15, 2024 trial. Exhibit A. The parties have met and conferred in order to narrow disputes and will continue to confer in order to attempt to narrow any outstanding disputes.

- 2 -

| Dated: April 12, 2024 | Respectfully Submitted, |
|---|---|
| /s/*Kenton W. Freeman, Jr.* | /s/*Benjamin Manzin-Monnin* |

| | |
|---|---|
| Melissa Smith | Samuel F. Baxter |
| TX Bar No. 24001351 | Texas State Bar No. 01938000 |
| melissa@gillamsmithlaw.com | sbaxter@mckoolsmith.com |
| **GILLAM & SMITH, LLP** | Jennifer L. Truelove |
| 303 South Washington Ave. | Texas State Bar No. 24012906 |
| Marshall, Texas 75670 | jtruelove@mckoolsmith.com |
| Telephone: (903) 934-8450 | **MCKOOL SMITH, P.C.** |
| Facsimile: (903) 934-9257 | 104 E. Houston Street, Suite 300 |
| | Marshall, Texas 75670 |
| **FISH & RICHARDSON P.C.** | Telephone: (903) 923-9000 |
| | Facsimile: (903) 923-9099 |
| Ruffin B. Cordell | |
| TX Bar No. 04820550 | Scott W. Breedlove |
| cordell@fr.com | Texas State Bar No. 00790361 |
| Michael J. McKeon | sbreedlove@carterarnett.com |
| DC Bar No. 459780 | Joshua J. Bennett |
| mckeon@fr.com | Texas State Bar No. 24059444 |
| Ralph A. Phillips | jbennett@carterarnett.com |
| DC Bar No. 475571 | Bradley D. Liddle |
| rphillips@fr.com | Texas State Bar No. 24074599 |
| Linhong Zhang | bliddle@carterarnett.com |
| DC Bar No. 982341 | Theresa M. Dawson |
| lwzhang@fr.com | Texas State Bar No. 24065128 |
| Kenton W. Freeman, Jr. | tdawson@carterarnett.com |
| DC Bar No. 1671507 | Michael Pomeroy |
| will.freeman@fr.com | Texas State Bar No. 24098952 |
| Sun Young Park | mpomeroy@carterarnett.com |
| NY Bar No. 5412739 | **CARTER ARNETT PLLC** |
| apark@fr.com | 8150 N. Central Expressway 5th Floor |
| Bryan J. Cannon | Dallas, Texas 75206 |
| DC Bar No. 1723657 | Telephone: (214) 550-8188 |
| cannon@fr.com | Facsimile: (214) 550-8185 |
| 1000 Maine Avenue, SW, Suite 1000 | |
| Washington, DC 20024 | Jason Sheasby |
| Tel: (202) 783-5070 | California State Bar No. 205455 |
| Fax: (202) 783-2331 | jsheasby@irell.com |
| | Michael Harbour |
| Leonard Davis | California State Bar No. 298185 |
| Texas Bar No. 05521600 | mharbour@irell.com |
| ldavis@fr.com | Benjamin Manzin-Monnin |
| Thomas H. Reger II | |

Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
Texas Bar No. 24103958
talebi@fr.com
1717 Main Street, Suite 5000
Dallas, TX 78766
Tel: (214) 747-5070
Fax: (214) 747-2091

John Thornburgh
CA Bar No. 154627
thornburgh@fr.com
Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
12860 El Camino Real, Suite 400
San Diego, CA 92130
Tel: (858) 678-5070

**COUNSEL FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC**.

California State Bar No. 325381
bmonnin@irell.com
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

**ATTORNEYS FOR PLAINTIFF
G+ COMMUNICATIONS, LLC**

## CERTIFICATE OF SERVICE

This is to certify that on April 12, 2024, a true and correct copy of the foregoing instrument was delivered to all counsel of record through the court electronic system.

*/s/ Benjamin Manzin-Monnin*
Benjamin Manzin-Monnin

## CERTIFICATE OF CONFERENCE

This is to certify that the parties conferred via email regarding this notice on April 11, 2024.

*/s/ Benjamin Manzin-Monnin*
Benjamin Manzin-Monnin