IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| G+ COMMUNICATIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00078-JRG |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| Defendants. | § § | |

## VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you in the Court's Final Jury Instructions.  Your answers to each question must be unanimous.  Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions.  You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**G+**" refers to Plaintiff G+ Communications, LLC.

- "**Defendants**" or "**Samsung**" refers to Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.

- The "**'776 Patent**" refers to U.S. Patent No. 8,761,776.

- The "**'130 Patent**" refers to U.S. Patent No. 10,736,130.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

**QUESTION NO. 1:**

What sum of money, if paid now in cash, do you find by a preponderance of the evidence would fairly and reasonably compensate G+ for Samsung's infringement of the **'776 Patent**?

 Answer in United States Dollars and Cents, if any:

$ 61,000,000.00

**QUESTION NO. 2:**

What sum of money, if paid now in cash, do you find by a preponderance of the evidence would fairly and reasonably compensate G+ for Samsung's infringement of the **'130 Patent**?

 Answer in United States Dollars and Cents, if any:

$ 81,000,000.00

## **FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this __17__ day of April, 2024.

_____
Jury Foreperson