# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| G+ COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants.* | Civil Action No. 2:22-CV-78-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION REGARDING COMBINED BRIEFING FOR POST-TRIAL MOTIONS

Before the Court is Plaintiff G+ Communications, LLC and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. motion regarding combined briefing for post-trial motions.

Having considered the motion, and noting its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that:

1. Briefing on the motions for judgment as a matter of law and for a new trial shall be combined, such that there will be a single motion, response, reply, and surreply that addresses all judgment as a matter of law and new trial issues.

2. The combined opening motion and response thereto shall be limited to seventy-five (75) pages which the parties may allocate amongst the issues however they see fit.

3. Any combined reply or surreply shall be limited to twenty-five (25) pages in total which the parties may allocate amongst the issues however they see fit.

**SO ORDERED.**